# Court of Appeals
# of the State of Georgia

ATLANTA,  August 24, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0140.  PINON v. THE STATE.**

The above-referenced appeal was docketed with this Court on August 8, 2018. On August 24, 2018, Appellant filed a motion to withdraw his appeal, referencing plea negotiations that took place after the filing of his notice of appeal. Appellant, with the agreement of the State, wishes to withdraw his appeal in order to return jurisdiction to the trial court. However, Appellant also asks that we vacate the denial of his motion for new trial. To the extent that the parties request that this Court vacate the trial court's ruling, the Appellant's motion is **DENIED**. Vacating the trial court's order at the parties' mutual request would result in a manufactured adjudication on the merits.[1] However, the Appellant's request to withdraw his appeal is **GRANTED**.[2]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/24/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] The authority cited in Appellant's motion is wholly inapposite to this situation.

[2] Appellant has also filed a motion to vacate and remand to the trial court for the same reasons. Because we grant Appellant's motion to withdraw, his motion to remand is **DENIED** as moot.